UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| LEWIS SIMMONS | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )  Civil No. 1:11-cv-00419-NT |
| | ) |
| STATE OF MAINE, | ) |
| | ) |
| Respondent. | ) |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on June 8, 2012 her Report and Recommended Decision (Docket No. 13).  The Petitioner filed his Objection to the Report and Recommended Decision (Docket No. 16) on July 18, 2012.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a <u>de</u> <u>novo</u> determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore <u>ORDERED</u> that the Recommended Decision of the Magistrate Judge is hereby <u>AFFIRMED</u>.

2. It is further <u>ORDERED</u> that the Petitioner is denied relief under 28 U.S.C. § 2254, with prejudice, and his petition is <u>DISMISSED</u>.

3. It is further <u>ORDERED</u> that in the event the Petitioner files a notice of appeal, no certificate of appealability will issue.

SO ORDERED.

<u>/s/ Nancy Torresen</u>
UNITED STATES DISTRICT JUDGE

Dated this 21st day of August, 2012.